**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Randy C Anderson<br>    Sharon O Anderson<br>            Debtor(s) | Case No. 14-10844 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/25/2014.

2) The plan was confirmed on 06/10/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/25/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 10/29/2015.

6) Number of months from filing to last payment: 18.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $16,693.26 |
| Less amount refunded to debtor | $1,061.53 |

**NET RECEIPTS:** $15,631.73

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,873.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $510.38 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,383.38

Attorney fees paid and disclosed by debtor: $127.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCOUNT RECOVERY SERVICE | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICE | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 15.60 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 44.60 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 40.60 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 3,809.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 2,424.00 | NA | NA | 0.00 | 0.00 |
| AES AMERICAN EDUCATION SVC | Unsecured | 1,976.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVC | Secured | 17,145.00 | 26,074.10 | 26,704.10 | 5,930.22 | 1,608.17 |
| AMERICREDIT FINANCIAL SVC | Unsecured | 8,651.00 | NA | NA | 0.00 | 0.00 |
| Amo Recoveries | Unsecured | 1,068.00 | NA | NA | 0.00 | 0.00 |
| Bluegreen Corp | Secured | 5,326.00 | NA | NA | 0.00 | 0.00 |
| Bluegreen Corp | Secured | 4,686.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 878.00 | 891.40 | 891.40 | 8.91 | 0.00 |
| CBE GROUP | Unsecured | 745.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 158.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BERWYN | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,700.00 | 1,004.80 | 1,004.80 | 10.05 | 0.00 |
| COMENITY BANK | Unsecured | 673.00 | 426.46 | 426.46 | 4.26 | 0.00 |
| COMENITY CAPITAL | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 456.98 | NA | NA | 0.00 | 0.00 |
| Commonwealth Financi | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| DEMETRIA BUTLER | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT ED NELNET | Unsecured | 9,951.00 | 15,021.84 | 15,021.84 | 0.00 | 0.00 |
| DEPT ED NELNET | Unsecured | 3,429.00 | 11,528.02 | 11,528.02 | 0.00 | 0.00 |
| Dept Of Education/Neln | Unsecured | 2,250.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/Neln | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Education/Neln | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ENHANCED RECOVERY CO L | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| Escallate, LLC | Unsecured | 31.01 | NA | NA | 0.00 | 0.00 |
| Goldman & Grant | Unsecured | 430.29 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 298.91 | 298.91 | 298.91 | 2.99 | 0.00 |
| Medicredit, Inc | Unsecured | 78.40 | NA | NA | 0.00 | 0.00 |
| MERCY HOSPITAL & MEDICAL CENT | Unsecured | 58.34 | NA | NA | 0.00 | 0.00 |
| MERCY PHYSICIAN BILLING | Unsecured | 124.80 | NA | NA | 0.00 | 0.00 |
| MOMA FUNDING LLC | Unsecured | 342.00 | 342.85 | 342.85 | 3.43 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 245.18 | NA | NA | 0.00 | 0.00 |
| NORTHERN INDIANA PUBLIC SVC | Unsecured | 881.00 | 869.60 | 869.60 | 8.70 | 0.00 |
| Palmer, Reifler & Associates | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Pathology Consultants of Chicago | Unsecured | 3.60 | NA | NA | 0.00 | 0.00 |
| Pathology Consultants of Chicago | Unsecured | 22.48 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 754.00 | 838.72 | 838.72 | 8.39 | 0.00 |
| PERITUS PORTFOLIO SERVICES | Unsecured | 3,868.00 | NA | NA | 0.00 | 0.00 |
| PERITUS PORTFOLIO SERVICES | Secured | 19,122.00 | 23,446.46 | 23,446.46 | 2,141.37 | 1,464.11 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 998.00 | 998.28 | 998.28 | 9.98 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 795.00 | 795.23 | 795.23 | 7.95 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | NA | 673.98 | 673.98 | 6.74 | 0.00 |
| SALLIE MAE | Unsecured | 949.00 | NA | NA | 0.00 | 0.00 |
| SIR FINANCE | Unsecured | 1,500.00 | 1,046.00 | 1,046.00 | 10.46 | 0.00 |
| Sirius XM Radio, Inc | Unsecured | 30.11 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Secured | 8,924.00 | 7,864.76 | 7,864.76 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 8,924.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,400.00 | 1,408.27 | 1,408.27 | 14.08 | 0.00 |
| State Collection Servi | Unsecured | 466.00 | NA | NA | 0.00 | 0.00 |
| University of Chicago Medicine | Unsecured | 57.90 | NA | NA | 0.00 | 0.00 |
| UNKNOWN | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 258.72 | 854.17 | 854.17 | 8.54 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $50,150.56 | $8,071.59 | $3,072.28 |
| All Other Secured | $7,864.76 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$58,015.32** | **$8,071.59** | **$3,072.28** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$36,998.53** | **$104.48** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,383.38 |
| Disbursements to Creditors | $11,248.35 |
| **TOTAL DISBURSEMENTS** : | **$15,631.73** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/09/2015        By:/s/ Tom Vaughn
                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**